No. 2831. DURANT *v.* DURANT. November Term, 1891. This was a motion by respondent to recommit a "Case" to the Circuit Court to have inserted a statement that a certain deed was record-

ed.   The motion was refused PER CURIAM, January 12, 1892, as it was not made to appear to this court that there was any evidence offered in the court below of the record of such deed, and appellant denied that there was any evidence of such fact.   *A. B. Stuckey*, for the motion.   *H. F. Wilson*, contra.